UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Lauren Harrison
                                    Plaintiff,

v.                                                          Case No.: 1:10–cv–03425
                                                            Honorable Amy J. St. Eve

Village of Palos Hills, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 31, 2012:

      MINUTE entry before Honorable Amy J. St. Eve: Plaintiff's motion to voluntary dismiss defendant Paul J. Madigan without prejudice [96] is granted. Paul J. Madigan (individually and in his official capacity as Village of Palos Hills Police Chief) terminated.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.